JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN WILLIAM KING, | ) | No. CV 12-09725-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PAUL PIETRANTONI, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the First Amended Petition and the Supplement to the First Amended Petition for Writ of Habeas Corpus are dismissed with prejudice; and all other pending motions and requests are denied.

DATED: August 31, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE